TERRY HODGDON v. PROJECT PACKAGING, INC.

February 27, 1987.

Petition for certification denied. (See 214 *N.J.Super.* 352)

BENJAMIN SUROWIEC v. RUSSELL W. EVERETT, JR., ET AL.

February 27, 1987.

Petition for certification denied.

NAOMI WILZIG, ET AL. v. SELIG J. SISSELMAN, ETC., ET AL.

February 27, 1987.

Petition for certification denied. (See 209 *N.J.Super.* 25)

SELIG J. SISSELMAN, ET AL. AND LORRAINE R. SISSELMAN, ETC. v. ALEXANDER M. GOLDFINGER, JR., ET AL.

February 27, 1987.

Petition for certification denied. (See 209 *N.J.Super.* 25)